IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, : Civil No. 1:25MC 19
    Plaintiff,

v.

$112,374.05 IN U.S. CURRENCY,

    Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE**
**VERIFIED COMPLAINT OF FORFEITURE**

The United States of America, by and through Clifton T. Barrett, United States Attorney for the Middle District of North Carolina, and pursuant to 18 U.S.C. § 983(a)(3)(A), hereby respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, seized on June 23, 2025, to and including November 28, 2025. The United States requests additional time for further investigation of the basis for forfeiture, and evaluation of the administrative claim.

Consent to the requested extension was given by attorney D.J. O'Brien III, on behalf of Tsehaye Gebru Tekle, the sole claimant in the administrative proceedings.

WHEREFORE, the United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property to and including November 28, 2025.

A proposed Order is attached.

This the 27th day of October, 2025.

                                                Respectfully submitted,

                                                CLIFTON T. BARRETT
                                                United States Attorney

                                                */s/ Lynne P. Klauer*
                                                Lynne P. Klauer
                                                NCSB #13815
                                                Assistant United States Attorney
                                                Middle District of North Carolina
                                                101 S. Edgeworth Street, 4th Floor
                                                Greensboro, North Carolina 27401
                                                Phone: (336) 333-5351
                                                Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

D.J. O'Brien III
230 North Elm Street, Suite 2000
Greensboro, NC 27401
*Attorney for Tsehaye Gebru Tekle*

Lynne P. Klauer
Assistant United States Attorney